NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

––––––––––––––––––––

**ENVENTURE GLOBAL TECHNOLOGY INC.,**
*Appellant*

**v.**

**MOHAWK ENERGY LTD.,**
*Appellee*

––––––––––––––––––––

2018-1356

––––––––––––––––––––

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00954.

––––––––––––––––––––

## JUDGMENT

––––––––––––––––––––

JONNA N. SUMMERS, Porter & Hedges, LLP, Houston, TX, argued for appellant. Also represented by JONATHAN PIERCE.

JASON SAUNDERS, Arnold, Knobloch & Saunders, LLP, Houston, TX, argued for appellee. Also represented by GORDON ARNOLD, CHRISTOPHER MCKEON.

––––––––––––––––––––

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, SCHALL, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


January 15, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court